IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUSTIN LEE RETTEW, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : NO. 13-1973 |
| SANDY ABBEY et al, | : |
| Defendants. | : |

### ORDER

**AND NOW**, this ____ day of July, 2013, upon consideration of Defendants Sandra Yecker, Ph.D and Sandra Abbey, CRNP's Motion to Dismiss Plaintiff's Complaint (Docs. 11 & 12), Plaintiff's Response in Opposition (Doc. 16), Defendant Deputy Warden Joe Shiffer's Motion to Dismiss Plaintiff's Complaint (Docs. 18 & 20), and Plaintiff's Response in Opposition (Docs. 21 & 22), **IT IS HEREBY ORDERED AND DECREED** that Defendants' motions are **GRANTED**.[1]

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Counsel (Doc. 13) is **DENIED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall mark the above-captioned matter **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C. J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated July ___, 2013.